Law Office of Jennifer E. Tucek, PC
315 Madison Avenue, Suite 3054
New York, New York 10017
(917) 669-6991
TucekLaw@GMail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/10/2023
```

May 10, 2023

Judge Paul G. Gardephe
United States District Court
Southern District New York
500 Pearl Street, Room 1350
New York, New York 10007

Re: *Michael Adams v. Javelina Tex-ex LLC et al.*     23-cv-1322

Dear Judge Gardephe:

    I represent the plaintiff, Javier Michael Adams, in the above-referenced matter. I write on behalf of the parties to advise the court that this matter has settled in principle and the parties are in the process of circulating the settlement agreement for execution.   In light of the settlement, we request that the 5/11/2023 conference be adjourned.   Thank you.

Respectfully Submitted,

/s/Jennifer E. Tucek

ENDORSEMENT: The Initial Pretrial Conference scheduled before Magistrate Judge Stewart Aaron on Thursday, May 11, 2023, at 11:00 a.m. EST is adjourned *sine die*. SO ORDERED.
Dated: May 10, 2023

*/s/ Stewart D. Aaron*